UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD MANOWITZ, as trustee of the Annette Claire Manowitz revocable trust, on behalf of itself an all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>OPTIONABLE, INC., KEVIN CASSIDY, EDWARD J. O'CONNOR, and MARK NORDLICHT<br><br>*Defendants.* | Case No. 07-CV-3884 (unassigned)<br><br>**ECF Case** |

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for **Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 18, 2007

                                        LOWEY DANNENBERG BEMPORAD
                                          SELINGER & COHEN, P.C.

                                      By: /S/_____
                                            Richard W. Cohen (RC-5220)
                                            Geoffrey M. Horn (GH-4179)
                                            Scott V. Papp (SP-6005)
                                        White Plains Plaza
                                        One North Broadway, 5th Floor
                                        White Plains, New York 10601
                                        Telephone:   914-997-0500
                                        Facsimile:    914-997-0035
                                        rcohen@lowey.com
                                        ghorn@lowey.com
                                        spapp@lowey.com

                                        *Attorneys for Defendant Optionable, Inc.*