UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD MANOWITZ, as trustee of the Annette Claire Manowitz revocable trust, on behalf of itself an all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>OPTIONABLE, INC., KEVIN CASSIDY, EDWARD J. O'CONNOR, and MARK NORDLICHT,<br><br>*Defendants.* | Case No. 07-CV-3884 (unassigned)<br><br>**ECF Case** |

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for **Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 18, 2007

                                       LOWEY DANNENBERG BEMPORAD
                                         SELINGER & COHEN, P.C.

                                       By: _____
                                           Geoffrey M. Horn (GH-4179)
                                       White Plains Plaza
                                       One North Broadway, 5th Floor
                                       White Plains, New York 10601
                                       Telephone:   914-997-0500
                                       Facsimile:   914-997-0035
                                       ghorn@lowey.com

                                       *Attorneys for Defendant Optionable, Inc.*

2013 / NOT / 00082746.BKB v2