UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERALD MANOWITZ, as trustee of the Annette Claire Manowitz revocable trust, on behalf of itself an all others similarly situated,

     *Plaintiff,*

vs.

OPTIONABLE, INC., KEVIN CASSIDY, EDWARD J. O'CONNOR, and MARK NORDLICHT,

     *Defendants.*

Case No. 07-CV-3884 (UA-GAY)

**ECF Case**

---

## NOTICE OF MOTION AND MOTION FOR AN ORDER PERMITTING LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT OPTIONABLE, INC.

 PLEASE TAKE NOTICE that Pursuant to Local Civil Rule 1.4 and the attached affidavit of Richard W. Cohen, sworn to on May 31, 2007 (attached hereto as Exhibit "A"), the firm of Lowey Dannenberg Bemporad Selinger & Cohen, P.C. (the "LDBSC") hereby moves this Court, before the Honorable George A. Yanthis, at the U.S. District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, N.Y. 10601, Courtroom 116, for an order permitting LDBSC to withdraw as counsel for Defendant Optionable, Inc. on the grounds that Defendant Optionable, Inc. has chosen to engage other counsel to defend it in the above-entitled action.

 PLEASE TAKE FURTHER NOTICE that, if necessary, the time and date of this motion will be set by the parties or the Court.

Dated: White Plains, New York
       May 31, 2007

                        LOWEY DANNENBERG BEMPORAD
                         SELINGER & COHEN, P.C.

By: /s/ Richard W. Cohen
    Richard W. Cohen (RC-5220)
Geoffrey M. Horn (GH-4179)
Scott V. Papp (SP-6005)
White Plains Plaza
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone:  914-997-0500
Facsimile:  914-997-0035

## CERTIFICATE OF SERVICE

On June 1, 2007, I caused to be served by United States First Class Mail, a true and correct copy of the NOTICE OF MOTION AND MOTION FOR AN ORDER PERMITTING LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT OPTIONABLE, INC., on the following parties:

Optionable, Inc.
465 Columbus Avenue
Suite 280
Valhalla, NY 10595

| | |
|---|---|
| Alan Lewis<br>Carter Ledyard & Milburn, LLP<br>2 Wall Street<br>NY, NY 10005<br>lewis@clm.com | *Representing Edward J. O'Connor* |
| Lawrence R. Gelber<br>34 Plaza Street East<br>Brooklyn, NY 11238<br>Email: gelberlaw@aol.com | *Representing Kevin P. Cassidy* |
| Frederick S. Fox<br>Donald R. Hall<br>Kaplan Fox & Kilsheimer LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022 | *Representing Plaintiff Gerald Manowitz* |

_____
SCOTT V. PAPP