UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERALD MANOWITZ, as trustee of the Annette Claire Manowitz revocable trust, on behalf of itself an all others similarly situated,

    *Plaintiff,*

vs.

OPTIONABLE, INC., KEVIN CASSIDY, EDWARD J. O'CONNOR, and MARK NORDLICHT,

    *Defendants.*

Case No. 07-CV-3884 (UA-GAY)

**ECF Case**

---

### [~~PROPOSED~~] ORDER PERMITTING LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C. TO WITHDRAW AS COUNSEL FOR DEFENDANT OPTIONABLE, INC.

WHEREAS Lowey Dannenberg Bemporad Selinger & Cohen, P.C. ("LDBSC") moved this Court for an order permitting LDBSC to withdraw as counsel for Defendant Optionable, Inc. in the above-entitled action on May 31, 2007 based on Defendant Optionable, Inc.'s decision to retain other counsel;

IT IS ORDERED, ADJUDGED AND DECREED, that the motion of LDBSC to withdraw as counsel for Defendant Optionable, Inc. is granted.

SO ORDERED:

_____         June 11, 2007
U.S. Magistrate - George A. Yanthis      Dated

2013 / MISC / 00082839.WPD v1