Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:     tkinzler@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT,<br><br>　　　　　　　　　　　Defendants. | No. 07 Civ. 3884<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

　　　　　PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Thomas B. Kinzler, a member of the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

NY01/POSCC/1217634.1

        Thomas B. Kinzler
        Kelley Drye & Warren LLP
        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 808-7800
        Facsimile:  (212) 808-7897
        E-mail:     tkinzler@kelleydrye.com

Dated: June 15, 2007

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By:      /s/ Thomas B. Kinzler
    Thomas B. Kinzler
    Kelley Drye & Warren LLP
    101 Park Avenue
    New York, NY 10178
    Telephone: (212) 808-7800
    Facsimile:  (212) 808-7897
    E-mail:     tkinzler@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>              v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT,<br><br>                              Defendants. | No. 07 Civ. 3884<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                  KELLEY DRYE & WARREN LLP


                                                  By:        /s/ Thomas B. Kinzler
                                                       Thomas B. Kinzler
                                                       101 Park Avenue
                                                       New York, NY 10178
                                                       Telephone: (212) 808-7800
                                                       Facsimile:  (212) 808-7897
                                                       E-mail:     tkinzler@kelleydrye.com

                                                       *Counsel for Defendant Optionable, Inc.*