Kevin J. Smith
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:     ksmith@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT,<br><br>　　　　　　　　　　　Defendants. | No. 07 Civ. 3884<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

　　　　　PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Kevin J. Smith, an associate at the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

NY01/POSCC/1217642.1

        Kevin J. Smith  
        Kelley Drye & Warren LLP  
        101 Park Avenue  
        New York, NY 10178  
        Telephone: (212) 808-7800  
        Facsimile:  (212) 808-7897  
        E-mail:     ksmith@kelleydrye.com

Dated: June 15, 2007        Respectfully submitted,

        KELLEY DRYE & WARREN LLP

        By:_____/s/ Kevin J. Smith_____  
        Kevin J. Smith  
        Kelley Drye & Warren LLP  
        101 Park Avenue  
        New York, NY 10178  
        Telephone: (212) 808-7800  
        Facsimile:  (212) 808-7897  
        E-mail:     ksmith@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT,<br><br>      Defendants. | No. 07 Civ. 3884<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

              KELLEY DRYE & WARREN LLP

              By:  /s/ Kevin J. Smith
                Kevin J. Smith
                101 Park Avenue
                New York, NY 10178
                Telephone: (212) 808-7800
                Facsimile:  (212) 808-7897
                E-mail:  ksmith@kelleydrye.com

              *Counsel for Defendant Optionable, Inc.*