UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>V.<br><br>OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT<br><br>    Defendants | **Case Number:** 07-cv-3884 |

**TO:   CLERK OF THE COURT**

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the following counsel for Plaintiff Gerald Manowitz.

I certify that I am admitted to practice in the Southern District of New York.

> Jeffrey P. Campisi, Esq.
> Kaplan Fox & Kilsheimer LLP
> 805 3rd Avenue, 22nd Floor
> New York, NY  10022
>
> **Email Address to be added to ECF Filing:**
>
> jcampisi@kaplanfox.com

Dated: June 19, 2007

_____
JEFFREY P. CAMPISI