UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Gerald Manowitz**, *as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,*

                          Plaintiff,

      -against-                      07-cv-03884 (LAK)

**Optionable Inc.**, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      At a conference on June 19, 2007, counsel have informed the Court that this action should be consolidated with 07civ3753. Accordingly, any objectors are ORDERED to show cause as to this action should not be consolidated by July 3, 2007

      SO ORDERED.

                                                        Lewis A. Kaplan
                                             United States District Judge

Dated:  June 19, 2007