UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,

               Plaintiff,

v.

OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT,

               Defendants.

No. 07 Civ. 3884

**STIPULATION AND ~~PROPOSED~~ ORDER**

---

**WHEREAS** Judge Lewis A. Kaplan issued an Order dated June 20, 2007 requiring the parties in the above-captioned action to show cause, on or before July 3, 2007, why this action should not be consolidated with *In re Optionable Securities Litigation*, No. 07 Civ. 3753, pending before Judge Kaplan;

**WHEREAS** if this action is consolidated with No. 07 Civ. 3753, it is anticipated that on or after July 11, 2007, a lead plaintiff will be appointed and will file and serve a consolidated, amended class action complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action through their undersigned counsel, as follows:

1. Defendants Optionable, Inc., Kevin Cassidy, Edward J. O'Connor, and Mark Nordlicht ("Defendants") shall have no obligation to answer or otherwise respond to the original complaint in this action (the "Complaint") unless a determination is made by Judge Kaplan that this action should not be consolidated with No. 07 Civ. 3753;

2. Should Judge Kaplan determine that this action should not be consolidated with No. 07 Civ. 3753, Defendants shall have 60 days from date upon which they receive notice of such determination to answer or otherwise respond to the Complaint;

3. Counsel for Defendants are authorized and agree to accept service of the Complaint;

4. There has been no previous request for an extension of time in connection with this matter.

Dated: June 29, 2006

Respectfully submitted,

| KAPLAN FOX & KILSHEIMER LLP | KELLEY DRYE & WARREN LLP |
|---|---|
| By: *[signature]* | By: _____ |
| Donald R. Hall | Thomas B. Kinzler |
| Joel B. Strauss | Kevin J. Smith |
| Jeffrey P. Campisi | KELLEY DRYE & WARREN LLP |
| KAPLAN FOX & KILSHEIMER LLP | 101 Park Avenue |
| 850 Third Avenue, 14th Floor | New York, NY 10178 |
| New York, NY 10022 | T. (212) 808-7800 |
| T. (212) 687-1980 | T. (212) 808-7897 |
| F. (212) 687-7714 | tkinzler@kelleydrye.com |
| dhall@kaplanfox.com | ksmith@kelleydrye.com |
| jstrauss@kaplanfox.com | |
| jcampisi@kaplanfox.com | |
| *Attorneys for Plaintiff Gerald Manowitz* | *Attorneys for Defendant Optionable, Inc.* |

2

2. Should Judge Kaplan determine that this action should not be consolidated with No. 07 Civ. 3753, Defendants shall have 60 days from date upon which they receive notice of such determination to answer or otherwise respond to the Complaint;

3. Counsel for Defendants are authorized and agree to accept service of the Complaint;

4. There has been no previous request for an extension of time in connection with this matter.

Dated: June 29, 2006

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: _____
Donald R. Hall
Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
T. (212) 687-1980
F. (212) 687-7714
dhall@kaplanfox.com
jstrauss@kaplanfox.com
jcampisi@kaplanfox.com

*Attorneys for Plaintiff Gerald Minowitz*

KELLEY DRYE & WARREN LLP

By: _____
Thomas B. Kinzler
Kevin J. Smith
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
T. (212) 808-7800
T. (212) 808-7897
tkinzler@kelleydrye.com
ksmith@kelleydrye.com

*Attorneys for Defendant Optionable, Inc.*

MCCORMICK & O'BRIEN LLP

By: /s/ Liam O'Brien
Liam O'Brien
MCCORMICK & O'BRIEN LLP
42 West 38th Street, 7th Floor
New York, NY 10018
T. (866) 853-0931
F. (212) 504-9574
lobrien@mcoblaw.com

*Attorneys for Defendant Edward O'Connor*

LAWRENCE ROBERT GELBER

By: _____
Lawrence R. Gelber
LAWRENCE ROBERT GELBER
34 Plaza Street East, Suite 1107
Brooklyn, NY 11238
T. (718) 638-2383
F. (718) 857-9339
gelberlaw@aol.com

*Attorneys for Defendant Kevin Cassidy*

CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP

By: _____
Eliot Lauer
CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP
101 Park Avenue
New York, NY 10178
T. (212) 696-6000
F. (212) 697-1559
E. elauer@cm-p.com

*Attorneys for Defendant Mark Nordlicht*


IT IS SO ORDERED.

Dated: _____

_____
The Honorable George A. Yanthis
United States Magistrate Judge

MCCORMICK & O'BRIEN LLP

By: _____
    Liam O'Brien
    MCCORMICK & O'BRIEN LLP
    42 West 38th Street, 7th Floor
    New York, NY 10018
    T. (866) 853-0931
    F. (212) 504-9574
    lobrien@mcoblaw.com

*Attorneys for Defendant Edward O'Connor*

LAWRENCE ROBERT GELBER

By: *Lawrence R. Gelber (on consent) Christine S. Poscablo*
    Lawrence R. Gelber
    LAWRENCE ROBERT GELBER
    34 Plaza Street East, Suite 1107
    Brooklyn, NY 11238
    T. (718) 638-2383
    F. (718) 857-9339
    gelberlaw@aol.com

*Attorneys for Defendant Kevin Cassidy*

CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP

By: _____
    Eliot Lauer
    Jacques Semmelman
    Daniel R. Marcus
    CURTIS, MALLET-PREVOST, COLT
    & MOSLE LLP
    101 Park Avenue
    New York, NY 10178
    T. (212) 696-6000
    F. (212) 697-1559
    elauer@cm-p.com
    jsemmelman@cm-p.com
    dmarcus@cm-p.com

*Attorneys for Defendant Mark Nordlicht*

IT IS SO ORDERED.

Dated: ____June 29, 2007____

_____
The Honorable George A. Yanthis
United States Magistrate Judge

3