AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-cv-3884

OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT

TO: (Name and address of defendant)

OPTIONABLE INC.
465 Columbus Avenue,
Valhalla, NY 10595

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY P. CAMPISI, ESQ.
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, Suite 22
New York, NY 10022
(212) 687-1980

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      MAY 1 7 2007
CLERK                                                    DATE

_/s/ Marcos Quintero_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                                        Signature of Server

                                                                                    _____
                                                                                    Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Gerald Manowitz, as trustee of Annette Clair Manowitz revocable trust, et. al., Plaintiff(s)
vs.
Optionable, Inc., et. al., Defendant(s)

APS File #: 083626-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Optionable, Inc.
Court Case No. 07-cv-3884

KAPLAN, FOX & KILSHEIMER
Mr. Wilfred Gomes
805 Third Avenue, 22nd Floor
New York, NY 10022

State of: **NEW YORK** ) ss.
County of: **WESTCHESTER** )

Name of Server: **JOHN F. BALD**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **6th** day of **June**, 20 **07**, at **12:18** o'clock **P.** M.

Place of Service: at **465 Columbus Avenue**, in **Valhalla, NY 10595**

Documents Served: the undersigned served the documents described as:
**Summons in a Civil Case w/ Notice of Assignment; Preliminary Order**
**in Case Designated to WP4 Calendar; Standing Order;**
**Class Action Complaint w/ Trial by Jury Demanded**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Optionable, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **EDWARD J. O'CONNER / PRESIDENT**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **GREY** ; Facial Hair ____
Approx. Age **50** ; Approx. Height **5'11"** ; Approx. Weight **165**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **6th** day of **June**, 20 **07**

Signature of Server
APS International, Ltd.

Notary Public      (Commission Expires)

CERI L ALBERT
Notary Public, State of New York
No. 01AL5047390
Qualified in Westchester County
Commission Expires July 31, **2009**