AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-cv-3884

OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT

TO: (Name and address of defendant)

KEVIN CASSIDY
OPTIONABLE INC.
465 Columbus Avenue,
Valhalla, NY 10595

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY P. CAMPISI, ESQ.
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, Suite 22
New York, NY 10022
(212) 687-1980

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

DATE: MAY 1 7 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                            Signature of Server

                                         _____
                                            Address of Server

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Gerald Manowitz, as trustee of Annette Clair Manowitz revocable trust, et. al., Plaintiff(s)
vs.
Optionable, Inc., et. al., Defendant(s)

APS File #: 083626-0002

# AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
—Kevin Cassidy
Court Case No. 07-cv-3884

KAPLAN, FOX & KILSHEIMER
Mr. Wilfred Gomes
805 Third Avenue, 22nd Floor
New York, NY 10022

Customer File:

State of: **New York** ) ss.
County of: **Westchester** )
Name of Server: **John F. Bald**, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

Documents Served: the undersigned attempted to serve the documents described as:
Summons in a Civil Case w/ Notice of Assignment; Preliminary Order
in Case Designated to WP4 Calendar; Standing Order;
Class Action Complaint w/ Trial by Jury Demanded

Service of Process on: The undersigned attempted to serve the documents on
Kevin Cassidy
and after due and diligent efforts, was unable to effect service.

Attempts: The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 465 Columbus Avenue, Valhalla, NY 10595   6·6·07 @ 12:19 pm.
Reason for Non-Service: **Spoke w/ Edward O'Connor who said Kevin was the former CEO + Vice Chairman but is no longer w/ company.**

Dates/Time/Address Attempted:
Reason for Non-Service:

Dates/Time/Address Attempted:
Reason for Non-Service:

[ ] Based upon the above stated facts, Affiant believes the defendant is avoiding service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this ___ day of _____ 20 07

Notary Public   (Commission Expires)

Geri L Albert
Notary Public, State of New York
No. 01AL5047390
Qualified in Westchester County
Commission Expires July 31, 2009

| | | Attorney: |
|---|---|---|
| UNITED STATES DISTRICT COURT | | APSEC INTERNATIONAL |
| COUNTY OF SOUTHERN DST. NEW YORK | | |
| GERALD MANOWITZ, ET AL. | Plaintiff(s) | Index No. 07-CV-3884 |
| - against- | | AFFIDAVIT OF SERVICE OF: |
| OPTIONABLE INC., ET AL. | Defendant(s) | SUMMONS AND COMPLAINT IN A CIVIL ACTION |

STATE OF NEW YORK: COUNTY OF WESTCHESTER   ss:

JOHN F. BALD   BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/25/07 at 1249 Hours at 463 CHAPPAQUA ROAD BRIARCLIFF MANOR, NY 10510 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION on KEVIN CASSIDY therein named,

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☐ a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be thereof

**SUITABLE AGE PERSON C** ☒ JANE CASSIDY by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ☒ (S) He identified (her) himself as CO-TENANT of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☒ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at 463 CHAPPAQUA ROAD BRIARCLIFF MANOR, NY 10510 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State. Mailed on 06/25/07 BY FIRST CLASS MAIL

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 40 | 5'8 | 150 |

**MILITARY SERVICE** ☒ Person spoken to was asked whether the recipient(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant(s) in this action.

\* MAILED TO THE ABOVE ADDRESS IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the 06/25/07

GERI L. ALBERT
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31,

JOHN F. BALD
LICENSE No.

# 147709

STATE PROCESS SERVING COMPANY • P.O. Box 625 • Yorktown Heights, New York 10598 • 914-243-5817