AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GERALD MANOWITZ, as trustee of the Annette Clair Manowitz revocable trust, on behalf of itself and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   07-cv-3884

OPTIONABLE INC., KEVIN CASSIDY, EDWARD J. O'CONNER, and MARK NORDLICHT

TO: (Name and address of defendant)

MARK NORDLICHT
OPTIONABLE INC.
465 Columbus Avenue,
Valhalla, NY 10595

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY P. CAMPISI, ESQ.
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, Suite 22
New York, NY 10022
(212) 687-1980

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    MAY 17 2007
CLERK                                 DATE

*[signature]*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                Date                                          Signature of Server

                                                              _____
                                                              Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

Gerald Manowitz, as trustee of Annette Clair Manowitz revocable trust, et. al., Plaintiff(s)
vs.
Optionable, Inc., et. al., Defendant(s)

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083626-0001

# AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
--Mark Nordlicht
Court Case No. 07-cv-3884

KAPLAN, FOX & KILSHEIMER
Mr. Wilfred Gomes
805 Third Avenue, 22nd Floor
New York, NY 10022

Customer File:

State of: __New York__ ) ss.
County of: __Westchester__ )

Name of Server: __John F. Raid__, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Summons in a Civil Case w/ Notice of Assignment; Preliminary Order
in Case Designated to WP4 Calendar; Standing Order;
Class Action Complaint w/ Trial by Jury Demanded

**Service of Process on:** The undersigned attempted to serve the documents on
Mark Nordlicht
and after due and diligent efforts, was unable to effect service.

**Attempts:** The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 465 Columbus Avenue, Valhalla, NY 10595  6/6/07 @ 12:15pm
Reason for Non-Service: Spoke w/ Gerard O'Connor who said Mark was the former Chairman + is no longer there. They may be somewhere in N.Y.

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

Dates/Time/Address Attempted: _____
Reason for Non-Service: _____

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __6th__ day of __June__, 20 __07__

Notary Public       (Commission Expires)

GERI L ALBERT
Notary Public, State of New York
No. 01AL5067800
Qualified in Westchester County
Commission Expires July 31, 2009

UNITED STATES DISTRICT COURT
COUNTY OF SOUTHERN DST. NEW YORK

Attorney: APS INTERNATIONAL, LTD.

Index No. 07-CV-3884

GERALD MANOWITZ, ET AL.

Plaintiff(s)

- against -

OPTIONABLE INC., ET AL.

Defendant(s)

AFFIDAVIT OF SERVICE OF:

SUMMONS AND COMPLAINT IN A CIVIL ACTION

STATE OF NEW YORK: COUNTY OF WESTCHESTER ss:

PETER DEL BENE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/12/07 at 1627 Hours at 245 TRENOR DRIVE NEW ROCHELLE, NY 10804 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION therein named, on MARK NORDLICHT

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☐ a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be thereof

**SUITABLE AGE PERSON C** ☒ by delivering thereat a true copy of each to KAYI NORDLICHT a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ☒ (S) He identified (her) himself as CO-TENANT of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ☒ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at 245 TRENOR DRIVE NEW ROCHELLE, NY 10804 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State. Mailed on 06/14/07 BY FIRST CLASS MAIL

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | RED | 33 | 5'4 | 135 |

**MILITARY SERVICE** ☒ Person spoken to was asked whether the recipient(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant(s) in this action.

* MAILED TO THE ABOVE ADDRESS IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL

**USE IN NYC CIVIL CT.** The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

GERI L. ALBERT
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, __

Sworn to before me on the __/14/07

PETER DEL BENE
LICENSE No.

# 147708

P.O. Box 625 • Yorktown Heights, New York 10598 • 914-243-5817
PROCESS SERVING COMPANY